Case 2:21-cv-00406-JRS-MG   Document 1   Filed 10/29/21   Page 1 of 3 PageID #: 1

AO 241(Rev. 9/17) (INND Prison Disciplinary Rev. 2/20)

FILED
page 1
10/29/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

[This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.]

| Name (under which you were convicted): <br> Allison Moore | Case No. [For a new case in this court, leave blank. The court will assign a case number.] |
|---|---|
| Place of Confinement: Rockville Correctional Facility | Earliest Possible Release Date: 2066 |

[Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.]

1. Name of facility holding the hearing: Rockville Correctional Facility
   Date of hearing: 6 / 9 / 21. Case number: RTC-21-06-0038
   Offense: Battery
   Code # 212-B.         Did you plead guilty? ○ Yes. ☒ No.

2. Lost earned credit time? ☒ No.  ○ Yes, I lost _____ days earned credit time.
   Was the loss of earned credit time suspended? ○ No.  ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No.  ○ Yes, it was imposed on: ___/___/_____.

3. Demoted in credit class? ☒ No.  ○ Yes, I was demoted from Class _____ to Class _____.
   Was the demotion suspended? ○ No.  ○ Yes, it was suspended until: ___/___/_____.
   If suspended, has it been imposed? ○ No.  ○ Yes, it was imposed on: ___/___/_____.

4. Appealed to the Superintendent? ○ No.  ☒ Yes, the result was: DENIED

5. Appealed to Final Reviewing Authority? ○ No.  ☒ Yes, the result was: DENIED - SAID NO GRIEVOUS LOSS

6. Previously challenged this disciplinary hearing in <u>federal</u> court? ☒ No.  ○ Yes, case number: _____

7. Are you paying the $5.00 filing fee?
   ☒ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.
   ○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

*[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*

**CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.**]

**GROUND ONE:** *[Briefly describe your claim.]* Committing a battery against another offender resulting in bodily injury is what is considered a 212. Battery.

Supporting Facts: *[Do not argue or cite law. Just state the specific facts that support your claim.]* Upon reviewing cameras there was no indication that there were any marks on the other offender. The incident happened on a Saturday, I was taken to lock on a Wednesday. Marks, bruising or a busted lip would still be visible.

Did you present Ground One to the Final Reviewing Authority? ☒ Yes. ☐ No, because _____

**GROUND TWO:** *[Briefly describe your claim.]* Camera footage was not clearly visible

Supporting Facts: *[Do not argue or cite law. Just state the specific facts that support your claim.]* In the conduct report it states that I struck the offender in the facial area and appears to put my hands on the offenders neck. If things were clear it should have said where in the facial area was she struck and whether it was a closed fist or not. Also if it were clearly seen it should never say "appears" because that would indicate it may or may not have happened.

Did you present Ground Two to the Final Reviewing Authority? ☒ Yes. ☐ No, because _____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**GROUND THREE:** [Briefly describe your claim.] INCIDENT LOOKS MORE OF A DISRUPTIVE.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
A DISRUPTIVE IS UNRULY, ROWDY CONDUCT, MAKING UNREASONABLE NOISE OR DISTURBING OTHER PEOPLE, ARGUING OR HORSEPLAY. MYSELF AND THE OTHER OFFENDER WAS ARGUING.

Did you present Ground Three to the Final Reviewing Authority? [X] Yes [ ] No, because
I PUT A DIFFERENT CLASS C WRITE UP ON MY FINAL APPEAL. IT WAS 348 INSOLENT/VULGAR/PROFANE BEHAVIOR.

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]
- [X] Report of Conduct
- [ ] Screening Report
- [X] Report of Disciplinary Hearing
- [X] Letter from the Final Reviewing Authority
- [X] Other relevant documents: STATEMENTS FROM THE OFFENDER INVOLVED

## RELIEF

I ask for the following relief: THAT THIS CONDUCT REPORT BE DISMISSED BASED ON PROCEDURAL ERRORS OR BE DROPPED DOWN TO A CLASS C - DISRUPTIVE -360 _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on _10_/_21_/20_21_ at _9:35_ (am)/pm.
   [Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____                                       240646
Signature                                                         Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]