UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALLISON MOORE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 2:21-cv-00406-JRS-MG |
| | ) |
| WARDEN, | ) |
| | ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in this action in favor of the respondent and against the petitioner. This action is **dismissed with prejudice**.

Date: 4/13/2022

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ALLISON MOORE
240646
Rockville - CF
Rockville Correctional Facility
Inmate Mail/Parcels
811 West 50 North
Rockville, IN 47872

All Electronically Registered Counsel